Jan Alan Brody, Esq.
Christopher J. Buggy, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
Tel. (973) 994-1700
Fax (973) 994-1744
jbrody@carellabyrne.com
cbuggy@carellabyrne.com

John B. Orenstein
Harry N. Niska
ROSS & ORENSTEIN LLC
222 South Ninth Street, Suite 470
Minneapolis, Minnesota 55402
Tel.  (612) 436-9802
Fax  (612) 436-9819
jorenstein@rossbizlaw.com
hniska@rossbizlaw.com

*Attorneys for Plaintiff*
*Internaational Stones Pvt. Ltd.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Internaational Stones India Pvt. Ltd., <br><br> Plaintiff, <br> v. <br><br> Elite Stone Importers, LLC, <br><br> Defendant. | Case No.: 3:18-cv-13256 (BRM) (DEA) <br><br> **CONSENT ORDER FOR** *PRO HAC VICE* **ADMISSION OF COUNSEL** |

THIS MATTER having been brought before the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. (Christopher J. Buggy, Esq.), attorneys for Plaintiff Internaational Stones India Pvt. Ltd., for an Order allowing John B. Orenstein, Esq., and Harry N. Niska, Esq., to appear and participate *pro hac vice*, on notice to and with the consent of Durkin & Durkin (Robert Cosgrove, Esq.), attorneys for defendant Elite Stone Importers, LLC,

and the Court having reviewed the Declarations of Christopher J. Buggy, John B. Orenstein and Harry N. Niska in support of the within application; and for good cause shown:

IT IS on this ___12TH___, day of ___October___, 2018 hereby,

ORDERED that John B. Orenstein, Esq., a member of the bar of the State of New York (among others set forth in the Declaration of John B. Orenstein), be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Christopher J. Buggy, Esq., a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or any other attorney in the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

ORDERED that Harry N. Niska, Esq., a member of the bar of the State of Minnesota (among others set forth in the Declaration of Harry N. Niska), be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Christopher J. Buggy, Esq., a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, or any other attorney in the firm of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be

responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

ORDERED that John B. Orenstein, Esq. and Harry N. Niska, Esq., shall each pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Rule of Court 1:28-2 within twenty (20) days from the date of entry of this Order; and it is further

ORDERED that John B. Orenstein, Esq., and Harry N. Niska, Esq., shall each make a payment of $150.00 on admission payable to Clerk, USDC; and it is further

ORDERED that John B. Orenstein, Esq., and Harry N. Niska, Esq., shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of Local Civil Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Civil Rule 104.1, <u>Discipline of Attorneys</u>.

SO ORDERED:

_____
HON. DOUGLAS E. ARPERT, U.S.M.J.